Ohio State Bar Association *v.* Tzagournis.

[Cite as Ohio State Bar Assn. v. Tzagournis (1976),
46 Ohio St. 2d 367.]

(D. D. No. 76-3—Decided June 11, 1976.)

*Mr. John R. Welch, Mr. Albert L. Bell, Mr. Joseph G. Miller* and *Mr. John J. Moffett*, for relator.

*Mr. Eugene B. Fox*, for respondent.

*Per Curiam.* Beginning in 1972, with the case of *Cleveland Bar Assn.* v. *Stein*, 29 Ohio St. 2d 77, this court has strictly imposed the indefinite suspension of a respondent's right to practice law in Ohio in cases of this nature where there has been a conviction for willfully and knowingly failing to make a federal income tax return.* From the record it would appear that this is not a case on which to distinguish that result.

For the foregoing reason, the report of the Board of Commissioners on Grievances and Discipline is confirmed, and respondent is indefinitely suspended from the practice of law.

*Judgment accordingly.*

O'NEILL, C. J., HERBERT, CORRIGAN, STEPHENSON, CELEBREZZE and W. BROWN, JJ., concur.

STEPHENSON, J., of the Fourth Appellate District, sitting for STERN, J.

---

*For a list of such cases see *Ohio State Bar Assn.* v. *Vaporis* (1976), 46 Ohio St. 2d 364.